02/28/2011 THE REQUEST FOR EMERGENCY DETERMINATION IS GRANTED.    SEE ORDER OF EVEN DATE.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| TEAMWORK PHYSICAL THERAPY, INC. | ) ) ) | Case No. 11- |
| Debtor. | ) ) ) |  |

**DEBTOR'S MOTION FOR APPROVAL OF STIPULATION FOR USE OF CASH COLLATERAL AND FOR ADEQUATE PROTECTION**
**[EMERGENCY DETERMINATION REQUESTED]**

Debtor Teamwork Physical Therapy, Inc. (the "Debtor"), by and through its proposed counsel, Madoff & Khoury LLP, hereby moves this Court for entry of an order pursuant to Sections 361 and 363(c)(2) of the Bankruptcy Code, and MLBR 4001-2, authorizing the use of cash collateral of, and granting adequate protection to, Sovereign Bank ("Sovereign"), the Debtor's secured lender.  **As set forth below, in order to avoid immediate and substantial harm to its business, the Debtor will need to pay certain ongoing expenses, including payroll as soon as possible after the Petition Date. Accordingly, pursuant to MLBR 9013-1(h), the Debtor has filed concurrently herewith a Motion for Emergency Determination of Certain First Day Motions (the "Emergency Motion") by which it seeks, <u>inter alia</u>, emergency consideration of this motion by no later than March 2, 2011.**  In support of this Motion, the Debtor respectfully represents: