UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re: | ) |
| | ) |
| TEAMWORK PHYSICAL THERAPY, INC. | ) Chapter 11 |
| | ) |
| | ) Case No. 11-11601-HJB |
| Debtor. | ) |

## CERTIFICATE OF SERVICE

The undersigned, counsel for Debtor Teamwork Physical Therapy, Inc., hereby certifies that, on February 28, 2011, he caused copies of the attached Notice of Nonevidentiary Hearing on the following:

1. Debtor's Motion for Authority to Use Cash Collateral and for Adequate Protection; and

2. Debtor's Motion for Order Authorizing the Debtor to Pay Prepetition Wages to, and Benefits on Account of, Employees;

to be served by ECF, telephone and facsimile upon the parties on the attached service list, which is comprised of: (a) the Office of the United States Trustee for this district; (b) the Debtor's 20 largest unsecured creditors as reflected in the consolidated list filed by the Debtor pursuant to Fed. R. Bankr. P. 1007(d); (c) the Internal Revenue Service; (d) the Departments of Revenue; and (e) the senior secured creditor.

Respectfully submitted this 28th day of February, 2011.

TEAMWORK PHYSICAL THERAPHY, INC.

By its attorneys,

/s/ David B. Madoff
David B. Madoff (552968)
MADOFF & KHOURY LLP
124 Washington Street
Foxboro, MA 02035
508-543-0040
madoff@mandkllp.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| TEAMWORK PHYSICAL | ) |
| THERAPY, INC. | ) Case No. 11-11601-HJB |
| | ) |
| Debtor. | ) |

## NOTICE OF NONEVIDENTIARY HEARING

PLEASE TAKE NOTICE that a hearing will be held on **March 2, 2011 at 3:00 p.m.** before the Honorable Judge Henry J. Boroff, United States Courthouse, 300 State Street, Springfield, Massachusetts to consider the following motions:

1. Debtor's Motion for Authority to Use Cash Collateral and for Adequate Protection; and

2. Debtor's Motion for Order Authorizing the Debtor to Pay Prepetition Wages to, and Benefits on Account of, Employees;

Respectfully submitted this 28th day of February, 2011.

/s/ David B. Madoff
David B. Madoff, Esq. (BBO # 552968)
James C. Gross, Esq. (BBO#212740)
MADOFF & KHOURY LLP
Pine Brook Office Park
124 Washington Street, Suite 202
Foxborough, MA 02035
(508) 543-0040
madoff@mandkllp.com

## SERVICE LIST

United States Trustee's Office
John W. McCormack Post Office
and Court House
5 Post Office Square, Suite 1000
Boston, MA  02109

American Express
PO Box 360002
Fort Lauderdale, FL  33336
Tel.
Fax

Barry Lang
178 Old Farm Road
Newton Center, MA  02459
Tel. 617-720-0176
Fax 617-720-1184

Centre Realty Trust
1996 CRT LLC
c/o Hadco Management
21 Dry Dock Avenue, PMB 49
Boston, MA  02210
Tel. 617-439-0081
Fax 617-443-9494

Chase
Cardmember Services
PO Box 15153
Wilmington, DE  19886
Tel.
Fax

Citi Business Card/Advantage
PO Box 18302
Columbus, OH  43218
Tel.
Fax

David and Nora Chu, Trustee
618 Washington Street Realty Trust
349 Adams Street
Milton, MA  02186
Tel.
Fax 617-696-9606

Ed Adamowski
536 Hawthorne Street
North Dartmouth, MA  02747
Tel. 508-992-5454
Fax 508-997-4346

F&F Realty Co., LLC
4 Franklin Street
Milton, MA  02186
Tel. 617-696-6090
Fax 617-696-7952

Fernandes & Charest, P.C.
1140 State Road
Westport, MA  02790
Tel. 508-636-6556
Fax 508-636-4471

Guardian Life Insurance
PO Box 95101
Chicago, IL  60694
Tel.
Fax 312-879-1209

Halloran, Lukoff & Smith
432 County Street
New Bedford, MA  02740
Tel. 508-999-1332
Fax 508-990-7235

Harvard Pilgrim Healthcare
PO Box 970050
Boston, MA  02297
Tel. 617-509-7250
Fax 617-509-7515

4

Healthcare Services Group
3220 Tillman Drive
Suite 300
Bensalem, PA 19020
Tel. 800-363-4274
Fax 215-639-2152

Internal Revenue Service
Special Procedures
STOP 20800
PO Box 9112
Boston, MA 02203
Tel.
Fax 617-565-7894

Kindred Braintree Hospital
Attn: Chief Financial Officer
909 Summer Street
Stoughton, MA 02072
Tel. 781-297-8200
Fax 781-297-8300

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114
Tel. 617-626-3875
Fax 617-626-3796

One Communications
PO Box 415721
Boston, MA 02241
Tel. 781-362-5700
Fax 781-362-1330

Stephen A. Roach
50 Congress Street
Suite 400
Boston, MA 02109
Tel. 617-723-2800
Fax 617-723-4313

Tierney Law Office
26 Seventh Street
New Bedford, MA  02740
Tel. 508-999-6414
Fax 508-999-0233

WATD Radio
130 Enterprise Drive
Marshfield, MA  02050
Tel. 781-837-1166
Fax 781-837-1978

Sovereign Bank
c/o Kathleen McCarthy
75 State Street
Boston, MA  02109
Tel. 617-757-5632
Fax 617-757-5460